RECEIVED
U MARSHAL SERVICE
1291586

AO 442 (Rev. 5/93) Warrant for Arrest

FEB 2 8 2007

# United States District Court District of Rhode Island

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

ARUTYUN SHATAREVYAN

## WARRANT FOR ARREST

CASE NUMBER: 1:07 M26 M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ARUTYUN SHATAREVYAN
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

conspiring with one another and with other to knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices during a one year period and, by such conduct, to obtain things of value aggregating $1,000 or more.

in violation of Title 18 United States Code, Section(s) §§371 and 1028A(a)(1) and (c)(4)

| | |
|---|---|
| DAVID L. MARTIN | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| David L. Martin | February 28, 2007, Providence, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ACI on Writ, returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02/28/2007 | C.J. Wyant SDUSM | Cal Wyant |
| DATE OF ARREST 03/01/2007 | | |

This form was electronically produced by Elite Federal Forms, Inc.