# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

***Case No. 1:07-M-26M***

***To:*** ***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **ARUTYUN SHATAREVYAN**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin,** Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:00 o'clock a.m.**, on the **1st** day of **March, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby [illegible] and return that
[illegible] before the court
[illegible] named defendant,
[illegible] date and time ordered.

Deputy [illegible] Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: February 28, 2007.

David A. DiMarzio, Clerk

by ***Martha Saucier - Deputy Clerk***

INITIAL APPEARANCE