AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Arutyun Shatarevyan

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:07M26M

I, Mr. Shatarevyan, charged in a (complaint) (petition) pending in this District with Access to Credit Devices + Identity Fraud in violation of Title 18, U.S.C. [redacted] 1028A + 371, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Defendant

3-6-7

Date

Counsel for Defendant