UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S.A.
Plaintiff(s)

07-85S

v. Dkt. No. 1:2007mj00026

Arutyan Shatarevyan
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

XXXXXXX/Defendant Arutyan Shatarevyan hereby moves that Alex R. Kessel be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Arutyan Shatarevyan
(XXXXXXX/Defendant)

By: Alex R. Kessel
Bar ID No.: 110715
Address: 16000 Ventura Blvd. #1208, Encino, CA 91436
DATED: May 1, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of California and of the following Federal District Court and/or Court of Appeals Bar(s) Central District of California, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Alex R. Kessel SBN:110715

Print Name State Bar ID #

Law Office of Alex R. Kessel

Firm Name

16000 Ventura Boulevard, Suite 1208

Business Address

Encino, CA 91436

(818) 995-1422 (818) 788-9408

Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Olin Thompson 5684

Print Name R.I. Bar ID #

McKiernan, Thompson & Millea

Firm and Business Address

243 North Main Street

Providence, RI 02903

Tel. # 401-453-4000 Fax # 401-223-1401

I certify that this motion was mailed to USA Lee Vilker on 5/21/07

---

**ORDER**

This motion is hereby ________________

District Judge

Date:

# United States District Court

## Central District of California

CERTIFICATE OF
GOOD STANDING

I, SHERRI R. CARTER, Clerk of this Court, certify that

Alex R. Kessel, Bar No. 110715,

was duly admitted to practice in this Court on December 29, 1989
*DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on April 10, 2007
*DATE*

SHERRI R. CARTER, CLERK

By ______________________
Norys Mena, Deputy Clerk