**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | 07-855 |
| **VS.** | ) | **CR No. 1:07-~~mj-00026~~** |
| | ) | |
| **ARUTYAN SHATAREVYAN** | ) | |

# ENTRY OF APPEARANCE

Now comes counsel and hereby enters his appearance as local counsel on behalf of Mr. Arutyan Shatarevyan in the above-captioned matter.

Olin W. Thompson, III
127 Dorrance St., Penthouse Suite
Providence, RI 02903
(401) 453-4000