O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

RECEIVED
MAY 17 2007
Property of U.S. District Court
District of Rhode Island

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
ARUTYUN SHATAREVYAN

WAIVER OF INDICTMENT

CASE NUMBER: CR 07-85 S

I, ARUTYUN SHATAREVYAN, the above named defendant, who is accused of

① Conspiracy to Traffic in unauthorized access devices (18 USC 1029(a)(2))
② Aggravated Identity Theft (18 USC 3161)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/23/07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ARUTYUN SHATAREVYAN [signature]
Defendant

[signature]
Counsel for Defendant

Before David L Martin
Judicial Officer USMJ
5-23-07