Translation from Armenian

Republic of Armenia
Ministry of Health
Abovian Central Regional Hospital
Deputy Chief Physician

This letter is given to confirm that Andranik Harutyun Shatarevyan, born in 1963, was admitted to the cardiology department of the Abovian City Hospital on September 8, 1997 with complaints: chest pain, heart pressure pain that extends to the left shoulder and left arm and oxygen insufficiency. The above mentioned complaints had started three hours prior to the admittance to the hospital. The skin and mucous membranes are pale, cold sweating, cardiac sound is weak, frequent arrhythmia, Ps100 beats per minute, pr. 140/90ss. Auscultative decreased vesicular respiration.

EKG (electrocardiogram) – sinus tachycardia, 100 beats per minute, rhythm interruption with frequent ventricular extra systoles.

Echocardiogram - dilatation of heart cavities is not present, hypertension of left ventricle wall, hypokines of posterior and interior area, slow compression function of left ventricle, mitral regurgitation of 1°.

Diagnosis: myocardial ischemia, non trans mural myocardial infarction of posterior and interior wall of left ventricle, pulsatile hypertension II °, extra systolic arrhythmia.

Patient received necessary medication for treatment: athenolol, nitroglycerin, heparin, renitek, cardio-aspirin.

Patient's condition improved after medication.

Patient was discharged on September 19, 1997.

Deputy Chief Physician [Signature] A.V. Sargsyan
Treating Physician [Signature] S.B. Ayvazyan
Round Seal of the Issuing Authority
November 1, 2007

Declaration of Translator

I, the undersigned Anahit Sarkisyan, hereby certify that I have knowledge of the English and Armenian languages and am competent to translate this document from Armenian into English. The above translation is true and accurate to the best of my ability.

Date: 11/17/2007 Signature: ____________________

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

On November 17, 2007 before me, M. LaManna, a Notary Public, personally appeared Anahit Sarkisyan personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS MY HAND AND OFFICIAL SEAL

____________________
(Signature)

M. LAMANNA
Commission # 1498132
Notary Public - California
Los Angeles County
My Comm. Expires Jul 15, 2008

Հայաստանի Հանրապետության
ԱՌՈՂՋԱՊԱՀՈՒԹՅԱՆ ՆԱԽԱՐԱՐՈՒԹՅՈՒՆ
ԱԲՈՎՅԱՆԻ ԿԵՆՏՐՈՆԱԿԱՆ ՇՐՋԱՆԱՅԻՆ
ՀԻՎԱՆԴԱՆՈՑ ԳԼԽԱՎՈՐ ԲԺՇԿԻ
ՏԵՂԱԿԱԼ

Республика Армения
МИНИСТЕРСТВО
ЗДРАВООХРАНЕНИЯ АБОВЯНСКАЯ
ЦЕНТРАЛЬНАЯ РАЙОННАЯ
БОЛЬНИЦА
Зам. Главного врача

---

Տրվում է սույն, որ [illegible]
1963թ. ծնված. [illegible]
[illegible] 1997թ. սեպտեմբերի 8-ին [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible] 100զ [illegible] 140/90 [illegible]
[illegible]
[illegible] 100զ 1 [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
I° [illegible]:
[illegible]
[illegible]
II° [illegible]:
[illegible]
[illegible]
[illegible]
19.09.97թ [illegible]:

Գլխավոր բժշկի [illegible] [signature] [illegible]

Բժիշկ [illegible] [illegible]

01.11.07թ

[Stamp: HOSPITAL OF ABOVIAN / REP OF ARMENIA KOTAIK / РЕСП. АРМЕНИЯ КОТАЙК / АБОВЯНСКАЯ БОЛЬНИЦА / 03508428]

*John Ter-Zakarian, M.D.*

5250 Santa Monica Blvd., #310, Hollywood, CA 90029
Tel: (323) 663-9831 ♦ Fax: (323) 668-0955

November 09, 2007

RE: SHATAREVYAN, ANDRANIK

To Whom It May Concern:

This 44 year old male suffers from Diabetes Mellitus, hyperlipidemia, generalized weakness, low back pain, L-S Disc disease, and chest pain. He is disabled and is unable to engage in any gainful activity. He was last seen at this clinic on 09/17/2007.

Sincerely,

JohnTer-Zakarian, M.D.