Sarkis Shatarevyan
5425 Carlton Way.90027

To Whom It May Concern:

I Sarkis Shatarevyan, an uncle to Arutyun A.Shatarevyan,would like to tell you about Arutyun.Arutyun is a very good man.My nephew had never done anything like this in his whole life.We have never heard or seen Arutyun do any illegal thing like this.He is a nice kid.He has a very honest and wonderful heart.Arutyun was never selfish or mean,he always helped others first before himself.Towards his sister and his cousins he's always been there for everyone.Arutyun has many uncles,and he always helped each one of us to take care of things.As an uncle I love him very much and care for him.Arutyun has a very good and nice personality.We all love him very much and hope things would go well.

Sincerly,
Sarkis Shatarevyan

Sarkis Shatarevyan

cel. phone #(323) 333 7909

5/30/07

Varduhi Shatarevyan

Dear Judge:

Arutyun Shatarevyan, my brother is a very good guy. I miss my brother very much.I've never seen my brother do anything like this before. He has always done good and helpful things in his life. My brother has a very good heart. He was always respectful to everyone. He would always put people before him. When we heard the news we were all very sad because we love him very much and wouldn't expect anything like this from him. Arutyun would always help in everything. When I would need help with my homework he would help me. I just want you to know that my brother has a very good heart and I hope you would give him another chance. He always would try to help my dad with the house and our family. Arutyun would work, go to school,and help out to many. I really had fun with my brother and now i feel very lonley when he's not around. We truley miss him. Please give him another chance. Thank you.

5/21/07

Varduhi Shatarevyan

Shogik Hakobyan
6126 Fulton Ave.15
Van Nuys CA 91401

*To Whom It May Concern :*

*I am the mother of Arutyun A. Shatarevyan and I am proud of my son. He is always responsible for everything. He is a very kind intelligent kid. He always helped everyone and was very nice, including to his sister too. We were very upset when we heard the news, because Arutyun would never do anything like this in his life. We didn't understand how it happend. We love and care for him. He would like to continue his life the way he wanted to, good and pieceful.He is a very good learner, and he would like to continue with his education as a Pharmasist. He made a mistake and we hope you would forgive him. Please and Thank You .God Bless You*

*6/19/07*

[signature]

*Andranik Shatarevyan*
*Fulton Ave. 15*
*Van Nuys CA 91401*

*6/11/07*

*To Whom It May Concern:*

*I am the father of Arutyun A Shatarevyan, and I am very proud of my son. Arutyun was a great son. He always helped me in everything. Every day afterschool he would come and help me with my work. He is very kind. He is very responsible. When people ask him for something , he never says no. He always did good things in his life. He always looked the positive way. My son made a mistake and we hope you would forgive him. I hope this would help you to judge my son. Please & Thank You*

Vartuhi Gasparyan

Dear Judge:

I am Arutyun's grandmother and I would have to say he is the best thing in the world to me. My grandson is a very good boy with a great heart. He has a very good personality. When i heard the news, tears went down my eyes because I love him so much and was amazed at what had happend. He is very greatful to everyone. Arutyun is a very nice gentlemen. When I would be alone at home, he would come and stay with me. He was like my best friend. I truley miss him. Arutyun would always put others before himself. He always loved to help people out. He was so sweet and caring. He always wanted the best for his life. To have a nice family,a good job,and happiness. Please judge, give him another chance, he was just a kid who made a terrible mistake. We love him very much,and miss him alot. Thank you.

5/16/07

[signature]

Anahit Pogosyan
5425 Carlton Way. 90027

Dear Judge:

I am the aunt of Arutyun Shatarevyan and I have to say I have never heard or seen Arutyun do anything like this.When we heard the news we were very sad,because we love him very much,and we truley miss him.Arutyun has a very good heart, he has a nice personality.My son and him would always do good things together,they would always have fun,Arutyun was a good cousin.He is very carring,he always helps everyone with anything.Arutyun always tried to help his family and his dad with anything.He was always around us.We would be so happy to see him everytime,and his nice smile.Please forgive his mistake. Thank You.

5/22/07

P. A.

To Whom It May Concern:

My name is Marta Moreno, I'm one of the nurses from "Skylight Nursing Home". I would like to represent one of our young visitors **Harutiun Shatarevyan**, who is proudly caring his grandfather's name. Which is been our patient for three years. He comes to visit his grandfather more often for three years. He is a very nice young man, who has manners and respect for elders. It is so unusual for us, because we don't see as much as young boys at his age to live their fun to visit their grandparents. When he comes to see his grandfather he reads for him, plays cards with him, he helps him to go to restroom, feeds him his meal, talk to him and share his thoughts and always ask for his advice. He always mentions that his grandfather is his best friend. I just wish other young kids would be like him because he is a great model for others.

Sincerely,

Sincerely

# Continental Academy

LEADING TODAY FOR A BETTER TOMORROW

CONTINENTAL ACADEMY

This Certifies That

## Harutyun Shatareyan

Has satisfactorily completed a course of Study prescribed for Graduation from this institution and is therefore awarded this

## High School Diploma

OFFICIAL SEAL

March 3, 2003

Maria E. Saunders
Administrative Director

Lee D. Taylor
Principal

# North-West College

## Glendale, California

*To all to whom these Presents may come, Greetings*

*Be it Known that*

## Arutyun Shatarevyan

*is a qualified*

## Pharmacy Technician

*having honorably and successfully completed the course of study prescribed by this Institution and upon examination having given satisfactory evidence of knowledge of the procedures and competency in performing the procedures required in this career field*

*In Witness Whereof, we have caused this diploma to be signed by the officers of the school and the school seal to be affixed, this* 5th *day of* May *in the year of our Lord, two thousand and* six

NORTH-WEST COLLEGE OFFICIAL SEAL

[signature]
Instructor

[signature]
Director

# Շնորհակալագիր

Տրվում է Հարութ Ծատուրեանին՝

«Միացյալ Հայ Ուսանողներ» կազմակերպության

ծրագրերին ակտիվ մասնակցության և

անվերապահ նվիրումի համար:

«Միացյալ Հայ Ուսանողներ»
Խորհրդատու. Մարինե
09/26/04

# *PACIFIC SECURITY TRAINING ACADEMY*

## CERTIFICATE OF TRAINING

BE IT KNOWN THAT

ARUTYUN A. SHATAREVYAN

HAS COMPLETED IN A SATISFACTORY MANNER THE COURSE OF STUDY

REQUIRED BY BSIS 8 HOUR POWERS TO ARREST TRAINING

DATED THIS 26 DAY OF July 2005

SERGEY KLEYMENOV
ADMINISTRATIVE DIRECTOR

LARRY GROSSMAN
DIRECTOR OF TRAINING

CA. FIREARMS/ BATON TRAINING FACILITY#175

FILE NUMBER :

SS# XXX-XX-5334

COPY COPY COPY

North-West College

May 18, 2006

To Whom It May Concern:

RE: Arutyun Shatarevyan
S.S. #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

This letter is to verify that Arutyun Shatarevyan was student at North-West College, Glendale, CA. Arutyun attended the morning Pharmacy Technician course from 8:30 a.m. – 12:30 p.m.., Monday – Thursday.

Arutyun started on April 11, 2005 and completed his internship on May 5, 2006. The morning Pharmacy Technician course consists of 38 weeks and 240 hours of internship, which is considered full-time.

If you have any questions regarding this matter, please feel free to contact me at the Glendale campus.

Sincerely,

Mrs. Marsha Fuerst
Campus Director

MF/yvr

□ 2121 West Garvey Ave North, West Covina, CA 91790 • (626) 960-5046
□ 10020 Indiana Ave, Ste 202, Riverside, CA 92503 • (951) 351-7750
☑ 221 North Brand Blvd, Glendale, CA 91203 • (818) 242-0205
□ 134 West Holt Ave, Pomona, CA 91768 • (909) 623-155?

# Biography

*On October 2001, Arutyun Shatarevyan was enrolled in Hollywood High School.While going to school, he would go to Techwando sports,and got a black belt.On January 2002, every day after school from 4 to 9, he worked in our family business at Burbank Mall,(201 E. Magnolia Blvd. Suit #339 1p. 91501),as a cashier.On August 2004 because of the rent issues the family business closed.On March 3, 2003, he got his High School Diploma.*

*On October 2004, my son and I were learning about the Vending Machine job.On January 2005, two times a week he was taking care of a special ed child until January 2007,(Accredited Nursing Services 5955 DE Soto Ave. Ste 160 Woodland Hills CA 91367).On February to May 2005, he was learning about salvage car jobs, if the car would be sold then he would get payed.During the time he was going to Los Angeles Valley College in the year 2004.*

*On April 11,2005 he attended a Pharmacy College,(221 North Brand Blvd. Glendale CA 91203 Tel. 818 242 0205).He graduated in May 5,2006.The morning Pharmacy Technician course consisted a 38 week and 240 hours of internship,which was considered full time..Before getting his Diploma, to keep him busy on September 2005, he was hired at, (Pacific Protecion 22144 Clarendon St. Suit 110 Woodland Hills CA 91367 Tel. 818 313 9369), to work as a security during the nights.On 08/03/05 he got his Security License.On February 2006, he got out of the job Security because of not sleeping at nights.On February 2006, he volunteered at an account office,(210 N. Central Ave. #210 Glendale CA 91203 Tel.818 243 1977), til the month May.*

*On May 2006, he got his Pharmacy Diploma, and he was sending his resume at many Pharmacies and was waiting for an answer.To keep him busy, on July 2006 he got hired at,(Southland Hvac Construction INC 18661 Pathenia St. Northridge CA 91324).On September beacause of not having so much work to do,not being busy, Arutyun got out of that job.After that he filled out many aplications at Pharmacies and was waiting for an answer.On February 2007,from the Pharmacy College the workers called and found a job for Arutyun,but he was not here.*

*Sincerley, his father*
*Andranik Shatarevyan* [signature] 07.03.07