NVART KAHVEDJIAN

1618 East Howard St.
Pasadena, California 91104

April 23, 2007

As a mother of a child I understand how it is to take care of a child growing up. I am very close friends with Mrs. Shatarevyan, and her family. They are very loyal, honest and great friends. We do bible study together and I have learned that her son is in trouble. I would please beg you to take this is consideration. Arutyun is a very good kid and he is very respectful and loyal. Please forgive him.

Sincerely,
Nvart Kahvedjian

**"Let us therefore come boldly to the throne of grace, that we may obtain mercy and find grace to help in time of need." (Hebrews 4:16)**

JOHN KAHVEDJIAN

1618 East Howard St.
Pasadena, California 91104
(626) 252 4025

April 23, 2007
To whom it may concern,
I, John Kahvedjian would like to express, that as long I have known Shatarevyan Family ,as good and an outstanding Christian Family which we have met at church during our daily worship. I have known this Families son, Arutyun A Shatarevyan as a humble child, respectful to my family and everyone else we know but, he has fallen in the wrong foot step. We love the Shatarevyan family with all our heart, we care for them and mostly pray for them. Please would you kindly take this into consideration as our Lord Jesus Christ thought us to forgive.
Sincerely,
John Kahvedjian

**"If we confess our sins, He is Faithful and just to forgive our sins and to cleanse us from all unrighteousness." (1John 1:9)**

Arthur Zargaryan

Dear Judge,

Iv'e known Arutyun for more than 6 years and throughout all these years he had been a great guy.He was always helpful to us and everyone. Arutyun has a great personality, he always put everyone before him.He always would help me with my work.He was a close buddy to me.My family and Arutyun's family are very close and they are very pleasant people.We always do everything together,and i have never seen Arutyun do anything like this whole time.Arutyun has a great heart,and he is very carring.When we heard the news we were very upset and sad,because we love him alot.Arutyun always wanted to help out his family and his dad keeping the house.I wish you can give him another chance Judge.We miss him very much. Thank You.

5/22/07

19149 Sylvan Street
Tarzana, CA 91335

# TANYA GALFAYAN

January 12, 2002

To Whom It May Concern:

Dear Sir or Madam:

This letter is regarding Arutyun Shatarevyan. I would like to say that I know Arutyun for a long time, since he was little, as a very bright and energetic boy, who grow up to be a very respectful responsible, and a good mannered young men. He always amazed me by his sensitivity, great respect and thoughtfulness towards adults including his own parents.

Arutyun accomplished a lot since he moved to this country by graduating high school and continuing his education in Pharmaceutical College.

I sincerely hope that this incident will clear as soon as possible so Arutyun can continue his life in peace surrounded by family and friends.

Sincerely,

*Tanya Galfayan*

*[Click **here** and type slogan]*

I Madlen and my sister Mary Pogosian proudly would like to tale you a little bit about **Harutiun Shatarevyan**, what kind of a young man he is. As being his relative we know him since the day he was born. As long as we remember since he was young he never gave his family any trouble or teenage problems, because his family always been his number one priority. He has been very caring and understandable towards to his younger sister, he never been selfish, always thought about his surroundings first, even sacrificed his need to help others, specially his parents, relatives and friends. He has such a wonderful and honest heart, that he could be so naïve about the others, what they say or do, by thinking that everyone has a pure heart as him. We honestly never see twenty years old young man that is a hard worker to help his father to take care of their family. We are so proud of him and love him dearly.

Sincerely, Madlen / Madlen Pogosian

Mary / Mary Pogosian

HOVHANNES BALYAN
22 N. FIRST AVENUE
ARCADIA, CA 91006
323-215-6464

TO WHOM IT MAY CONCERN:

**ARUTYUN A. SHATAREVYAN**
**BORN: 04-16-1986**

DEAR FRIENDS:

I AM A FRIEND OF ARUTYUN'S FAMILY, I ALWAYS TALKED ABOUT ARUTYUN'S POSITIVE ATTITUDE. I VE NEVER THOUGHT THIS PERSON CAN MAKE A MISTAKE. I VE NEVER SEEN HIM TO DO ANYTHING WRONG. HE WAS ALWAYS SHY TO TALK TO ADULTS.

I KNOW THIS FAMILY AS VERY HARD WORKING, HONEST AND VERY NICE PEOPLE. THIS IS NOT ONLY MY OPINION, BECAUSE I HEARD THIS ALSO FROM MANY OTHER FRIENDS.

ARUTYUN A SHATAREVYAN IS PART OF THIS FAMILY THAT I SEE HIM GROWING TO A POLITE, QUITE AND FRIENLDY GENTLEMEN.

HE RESPECTS ALL THE ADULTS, FRIENDS AND HE IS VERY NICE WITH EVERY BODY AROUND.

AS A FRIEND OF THIS FAMILY , I KNOW THIS FAMILY CAN DO A LOT OF GOOD THINGS TO IT'S COMMUNITY AND EVERYBODY AROUND.

I HOPE YOU CAN GIVE ARUTYUN SHATAREVYAN ANOTHER CHANCE.

I HOPE YOU CONSIDER MY LETTER AS AN HONEST LETTER.

SINCERELY
Hovhannes Balyan
HOVHANES BALYAN

KNARIK MARGARYAN
6126 FULTON AVE 91401

May 3, 2007

As long as I have known Shatarevyan family, I would say that they are very intelligent and have a very good personality. I have been friends with them for as long as I can remember. And I know their son Arutyun Shatarevyan very well and from my point of view he is a very smart and an intelligent kid. He is very respectful and loyal and I heard that he was in trouble. We love Shatarevyan family and we will pray for Arutyun. Please forgive him.

Sincerely,
Knarik Margaryan

Dear Judge:

My name is Stephan Pogosyan and my wife is Zabel. We have known Arutyun Shatarevyan for over 6 years now, and I have to say I miss him a lot since the time he has been gone due to his arrest. When Arutyun Sahtarevyan was arrested, we were very traumatized and sad. Me and my wife were literally crying for a whole day, and were so astonished that something like this would happen to someone we know. Arutyun has always been an active member in the family; I remember when he volunteered to help me out at my business, while my other two sons were at camp. We were very surprised to hear about that, and I hope that there will be another chance for him.

Thank you,

Stepan Pogosyan 5/6/7

Zabel Kadzberuni 5/6/7

Dear Judge:

My name is Vardan Pogosyan, and my brother is Arman Pogosyan. We have known Arutyun Shatarevyan for over 6 years now, and I have to say I miss him a lot since the time he has been gone due to his arrest. When Harry, as we call him, came from Armenia, we would have a lot of fun. He would never smoke, drink or due any type of drugs when we would go out to party. I would drink at parties and offer him alcohol, and he would never take it. He even helped my parents out at their business, when he was on break for summer, and my brother and me were at camp. Harry is only a year younger than I am, so I can officially say that I have spent tremendous time with him. We would hang out, go to family festivals, picnics and events that we had held, basically judge, I understand what he did was wrong and he should have never performed those actions, but hopefully you can have some sorrow and give him another chance. Everyone is entitled to another chance, and I feel that my cousin Harry definitely does. He's not a bad kid; he just wasn't thinking fully when he performed his actions. We miss him greatly,

Thank you,

Vardan Pogosyan

[signature] 5/6/2007

Arman Pogosyan

[signature] 5/6/2007

HAKOP BALYAN
924 N.VERDUGO RD.
GLENDALE, CA 91206
818-547-9858

TO WHOM IT MAY CONCERN:

**ARUTYUN A. SHATAREVYAN**
**BORN: 04-16-1986**

DEAR FRIENDS:

I M WRITING THIS LETTER , BECAUSE I KNOW ARUTYUN SHATAREVYAN'S FAMILY FOR OVER 30 YEARS.

I KNOW THIS FAMILY AS VERY HARD WORKING, HONEST AND VERY NICE PEOPLE. THIS IS NOT ONLY MY OPINION, BECAUSE I HEARD THIS ALSO FROM MANY OTHER FRIENDS.

ARUTYUN A SHATAREVYAN IS PART OF THIS FAMILY THAT I SEE HIM GROWING TO A POLITE, QUITE AND FRIENDLY GENTLEMEN.

HE RESPECTS ALL THE ADULTS, FRIENDS AND HE IS VERY NICE WITH EVERY BODY AROUND.

BY MOVING FROM SMALL COUNTRY TO A BIG COUNTRY, LIKE UNITED STATES OF AMERICA, LOT OF PARENTS ARE BUSY WITH THEIR WORK.TRYING TO REACH THE AMERICAN DREAM. SOMETIMES A SMALL MISTAKE CAN CHANGE THEIR LIFE.

I HOPE YOU CAN GIVE ARUTYUN SHATAREVYAN ANOTHER CHANCE.

I HOPE YOU CONSIDER MY LETTER AS AN HONEST LETTER.

SINCERELY
5/1/07
HAKOP BALYAN

ARTHUR HOVSEPYAN
6126 FULTON AVE
VAN NUYS, CA 91401

May 3, 2007

I am very close friends with Shatarevyan family, and I would like to express my feelings for them. I know that their son Arutyun Shatarevyan stepped on the wrong way, and is in trouble now. He is very loyal and kind, and I've known him since he was a little boy, and other than going to school and work he never did anything else. Arutyun is very hardworking and honest, he is one of a kind. My family will pray for him. Please forgive him.

Sincerely,
Arthur Hovsepyan

Meline Navasardyan
9141 Langdon Ave.
North Hills, CA 91343
(818) 434-1403

To Whom It May Concern:

I am writing about Arutyun Shatarevyan and the fact that he has been in such wrongful act. I am as shocked as anyone who knows him could be. Knowing him for many years, I haven't noticed a single bad action from him. He has always been very optimistic about life, and he has always worked very hard for everything. Although we are also distance relatives, I know him best through our long ours of dance practices. We attended the same dance school and he was the most cheerful and likable guy there. We have performed many dance performances together, and he has always put all the extra time to perfect the dance in order not to embarrass himself in front of the audience. His dignity and family have always been his priority, and I am surprised that somebody actually was able to talk him into such a terrible thing.

This is no doubt that a bad influence got him into such unnecessary trouble. Given another chance, I am sure he will prove to be a very lawful and trustworthy citizen.



Arpine Navasardyan
6521 Cordoba Road #16
Goleta, CA 93117
(818) 731-7636

To Whom It May Concern:

Arutyun Shatarevyan is a trustworthy and reliable guy that would never think of doing anything unlawful. He has a very respectable and hard working family who are very caring about Arutyun and his younger sister. I am sure he is very ashamed that he could possible let anyone brainwash him into this. He should definitely be given a chance to prove that he can undo his mistake and live a respectable life.

Vahe Khachatryan
7119 Hazeltine Ave.#101
Van Nuys,CA 91405
8183898990

*To Whom It May Concern:* *4/18/07*

*I Vahe Khachartyan,am writing this letter with my pleasure in regards to Arutyun A. Shatarevyan.I know Arutyun for about five or so,and as far as I know,Arutyun is a good man.He has always been loyal to his family,friends and to people.Arutyun Shatarevyan has always been a very responsible individual,he has always provided for his family.He is known to be a wonderful son.I say with much confidence,that I have never heard or seen Arutyun do anything wrong and/or illegal.I hope that this letter tells you and helps you in judging his character.*

*If you have any questions or concerns,please don't hesitate to contact me.I would be glad to help. 8189352086*

*Sincerly*
*Vahe Khachatryan*