ALEX R. KESSEL
ATTORNEY AT LAW

PENTHOUSE SUITE 1208 · 16000 VENTURA BOULEVARD · ENCINO, CALIFORNIA 91436 · TELEPHONE (818) 995-1422
FACSIMILE (818) 788-9408

May 18, 2007

Via E-Mail
Lee Vilker, AUSA

**Re: U.S.A. vs. ARUTYAN SHATAREVYAN**

Dear Lee,

This letter is sent to confirm that my client has signed the pre indictment plea agreement. Mr. Thompson was instructed to contact you to arrange a change of plea proceeding. During our conversation on May 14, 2007, you advised me it would be advantageous for my client to plea before indictment since some of the benefits of the plea agreement, i.e. low end recommendation, would not be made available after you indicted the defendants. You also indicated "I guarantee your client will receive a lower sentence than the other defendants due to his pre indictment plea to an information". I just wanted this letter to reflect our discussions. Obviously, we will have to receive a presentence report in order to evaluate our respective positions. However, in light of the evidentiary strengths in the Government case, I have recommended my client to enter a plea pursuant to the pending plea agreement. Thank you for your anticipated cooperation.

ARK.

Very Truly Yours,

ALEX R. KESSEL, Esq.

ARK: ym